

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00128-CR

**ROY WAYNE GLENN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2016-1796-C1**

## ORDER ON REHEARING

The Court received a document from appellant dated August 6, 2018. The Court is unsure what appellant intended the document to be: a new notice of appeal, a motion for rehearing, a petition for discretionary review, or a post-conviction writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure. The opinion in this proceeding was issued on August 1, 2018. Due to the close proximity in time from the issuance of the opinion and the date of the document, the Court considers the document from appellant to be a motion for rehearing.

After considering the motion and the facts of the case, appellant's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed August 22, 2018

